1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  Donald Sing, Betty Sing

No. C 07-5300 JL

Plaintiff(s),

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

v.

Allstate Ins. Co., Does 1-100

Defendant(s).
_____ /

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 19, 2007

Signature /s/ KIMBERLY E. DE HOPE

Counsel for Allstate Ins. Co.
(Plaintiff, Defendant, or indicate "pro se")