CYNTHIA MELLEMA (State Bar No. 122798)
KIMBERLY DE HOPE (State Bar No. 215217)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SING, BETTY SING, DOES 1 TO 100,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | No. C 07-5300 JSW<br><br>[PROPOSED] ORDER GRANTING ALLSTATE INSURANCE COMPANY'S MOTION TO DISMISS<br><br>Date: December 14, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor |

On December 14, 2006, at 9:00 a.m., Allstate Insurance Company's motion to dismiss came on for hearing before the Honorable Jeffrey S. White. All parties were represented by counsel.

Based on the papers submitted in support of and in opposition to the motion, as well as oral argument, the Court finds that plaintiffs have failed to allege facts that would state a claim for relief against Allstate Insurance Company. Allstate's motion to dismiss is therefore GRANTED.

IT IS SO ORDERED.

Dated:_____                    _____
                                         Honorable Jeffrey S. White

Case No. C 07-5300 JSW            -1-
                                                        [PROPOSED] ORDER GRANTING
                                                        ALLSTATE'S MOTION TO DISMISS