IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD SING, et al.,

    Plaintiffs,

No. C 07-05300 JSW

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

                                                   /

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on December 14, 2007 on the motion to dismiss filed by defendant Allstate Insurance Company ("Allstate"). The Court HEREBY ORDERS that Plaintiffs' opposition to this motion shall be due by Thursday, November 14, 2007 and Farr Financial's reply, if any, shall be due by Thursday, November 21, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 1, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE