IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: January 18, 2008          **Court Reporter:** Lydia Zinn

**CASE NO. C-07-5300 JSW**

**TITLE:** Donald Sing v. Allstate Insurance Company

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Randall Choy          Kimberly DeHope

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 1-25-08.

**Discovery is stayed (except for exchange of initial disclosures due 1-31-08) until 4-17-08.**

**The parties shall participate in ENE to be completed by 4-17-08.**

**Further CMC:  4-18-08 at 1:30 p.m.**

**Joint CMC statement due:  4-11-08**

**REFERRALS:**

**[X] Case referred to ADR for Early Neutral Evaluation to be completed by 4-17-08**

cc: ADR