# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Sing,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Allstate Insurance Company,<br><br>            Defendant(s). | 07-05300 JSW ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

    **Martin Quinn**
    JAMS
    Two Embarcadero Center, Suite 1500
    San Francisco, CA 94111
    415-774-2669

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: January 25, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05300 JSW ENE           - 2 -