CYNTHIA MELLEMA (State Bar No. 122798)
KIMBERLY DE HOPE (State Bar No. 215217)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ALLSTATE INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SING, BETTY SING, DOES 1 TO 100,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | No. C 07-5300 JSW<br><br>JOINT STATEMENT REGARDING REFERRAL TO MAGISTRATE |

Pursuant to this Court's Order at the January 18, 2008 case management conference, the parties submit this joint statement regarding referral to a Magistrate Judge.

The Parties consent to referral of this matter to Magistrate Judge Edward Chen.

Dated: January 25, 2007            HEDANI, CHOY, SPALDING & SALVAGIONE


By_____/s/_____
RANDALL P. CHOY
ANNIE O'DONNELL

Attorneys for Plaintiffs
DONALD & BETTY SING

Dated: January 25, 2007            SONNENSCHEIN NATH & ROSENTHAL LLP


By_____/s/ Kimberly De Hope_____
CYNTHIA MELLEMA
KIMBERLY DE HOPE

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

27288657\V-1

Case No. C 07-5300 JSW            -2-            Joint Statement Re: Magistrate