CYNTHIA MELLEMA (State Bar No. 122798)
KIMBERLY DE HOPE (State Bar No. 215217)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ALLSTATE INSURANCE
COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SING, BETTY SING, DOES 1 TO 100,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>        Defendant. | No. C 07-5300 JSW<br><br>JOINT STATEMENT REGARDING REFERRAL TO MAGISTRATE |

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1          Pursuant to this Court's Order at the January 18, 2008 case management conference, the

2    parties submit this joint statement regarding referral to a Magistrate Judge.

3          The Parties consent to referral of this matter to Magistrate Judge Edward Chen.

4

5    Dated: January 25, 2007              HEDANI, CHOY, SPALDING & SALVAGIONE

6

7

8                                        By _____
                                            RANDALL P. CHOY
9                                            ANNIE O'DONNELL

10   Attorneys for Plaintiffs
     DONALD & BETTY SING

11

12   Dated: January 25, 2007              SONNENSCHEIN NATH & ROSENTHAL LLP

13

14

15                                       By _____/s/ Kimberly De Hope____
                                            CYNTHIA MELLEMA
16                                          KIMBERLY DE HOPE

17   Attorneys for Defendant
     ALLSTATE INSURANCE COMPANY

18

19

20   27288657\V-1

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26th FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000