IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SING, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C 07-05300 JSW<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned to Magistrate Judge Edward Chen for all further proceedings.

    **IT IS SO ORDERED.**

Dated: January 29, 2008

                                                    JEFFREY S. WHITE<br>                                                    UNITED STATES DISTRICT JUDGE

cc:    Wings Hom