1  CYNTHIA MELLEMA (State Bar No. 122798)
   MICHELLE A. TRUDELLE (State Bar No. 221323)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 N. California Boulevard, Suite 800
3  Walnut Creek, CA 94596
   Telephone: (925) 949-2600
4  Facsimile:  (925) 949-2610

5  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DON SING and BETTY SING,<br><br>            Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 100<br><br>            Defendants. | No. C-07-5300 EMC<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

-1-
NOTICE OF SUBSTITUTION OF COUNSEL                                  No. C-07-5300 EMC

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Michelle A. Trudelle of the law firm of Sonnenschein Nath & Rosenthal LLP hereby replaces Kimberly Erin DeHope of the same firm as counsel representing defendant Allstate Insurance Company. Ms. DeHope is no longer affiliated with the firm.

Dated: February 12, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____/s/ Michelle A. Trudelle_____
         Michelle A. Trudelle

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY