1  CYNTHIA MELLEMA (State Bar No. 122798)
   MICHELLE A. TRUDELLE (State Bar No. 221323)
2  NORMAN LAU (State Bar No. 253690)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 N. California Boulevard, Suite 800
   Walnut Creek, CA 94596
4  Telephone:  (925) 949-2600
   Facsimile:  (925) 949-2610
5
   Attorneys for Defendant
6  ALLSTATE INSURANCE COMPANY

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | DON SING and BETTY SING,            | No. C-07-5300 EMC
12 |              Plaintiffs,            |
13 | vs.                                 | NOTICE OF APPEARANCE OF COUNSEL
14 | ALLSTATE INSURANCE COMPANY, and     |
   | DOES 1 to 100,                      |
15 |                                     |
16 |              Defendants.            |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Norman Lau of the law firm of Sonnenschein Nath &

3  Rosenthal LLP hereby enters his appearance as counsel on behalf of defendant Allstate

4  Insurance Company.

5  Dated: February 12, 2008       SONNENSCHEIN NATH & ROSENTHAL LLP

7                                  By:      */s/ Norman Lau*
                                             Norman Lau
8
                                   Attorneys for Defendant
9                                  ALLSTATE INSURANCE COMPANY