CYNTHIA MELLEMA (State Bar No. 122798)
MICHELLE TRUDELLE (State Bar No. 221323)
NORMAN LAU (State Bar No. 253690)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Boulevard, Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SING, BETTY SING, DOES 1 TO 100,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | No. C 07-5300 EMC<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 26(f) and Civil L.R. 16-9(a), the parties submit this Joint Case Management Statement with respect to the Case Management Conference set for February 27, 2008, and request that the Court adopt it as the Case Management Order.

**1.    Jurisdiction and Service:**

Plaintiffs filed this action in San Francisco County Superior Court.  Allstate Insurance Company ("Allstate") subsequently removed it to this Court pursuant to 28 U.S.C. sections 1441(a) and 1446.  This Court has original jurisdiction over the Superior Court Action under 28 U.S.C. section 1332.  Plaintiffs and Allstate are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

All parties have been served.

**2. Facts:**

Allstate Insurance Company ("Allstate") issued a homeowners policy to named insureds Donald and Betty Sing, which was in effect on or about September 21, 2005 (the "Policy"). On or about September 21, 2005, there was a fire at plaintiffs' home. Allstate evaluated the claim and paid approximately $56,000 to repair the dwelling. In addition, Allstate paid plaintiffs over $22,000 for damage to personal property and paid additional living expenses through July 31, 2006.

Plaintiffs disagreed with Allstate's calculation of the cost to repair the dwelling, and thus invoked the Policy's appraisal provision. Allstate paid the appraisal award in February 2007. This action followed.

**3. Legal Issues:**

One or more party contends the following legal issues are in dispute:

1. Whether Allstate breached the policy;

2. Whether the Policy's appraisal provision bars plaintiffs from recovering further damages;

3. Whether Allstate breached the implied covenant of good faith and fair dealing.

**4. Motions:**

Allstate's motion to dismiss was granted in part and denied in part on December 7, 2007. Following discovery, Allstate intends to move for summary judgment.

**5. Amendment of Pleadings:**

The parties do not anticipate amending the pleadings at this time.

**6. Evidence Preservation:**

The parties have taken appropriate steps to ensure the preservation of evidence.

**7. Disclosures:**

The plaintiffs served their initial disclosure statements on February 1, 2008. Allstate served its initial disclosure statements on January 31, 2008.

/ / /

/ / /

**8.  Discovery:**

The parties plan to conduct discovery regarding all allegations in the complaint. The parties anticipate propounding written discovery and deposing the parties and other relevant witnesses. The parties do not believe any modification to the Federal Rules is necessary at this time.

**9.  Related Cases:**

There are no currently pending related cases.

**10.  Relief:**

Plaintiff's Statement

Plaintiffs are seeking damages for attorney's fees and costs, costs of the appraisal proceeding, and interest/loss of use of funds, resulting from Allstate's breach of contract and breach of the implied covenant of good faith and fair dealing. Additionally, plaintiffs are seeking exemplary damages for Allstate's malice, fraud, and oppression, which included the following: knowingly obtaining insufficient repair estimates, repeatedly refusing to extend policy benefits for housing costs, intentionally delaying the adjustment process, and canceling plaintiffs' policy without cause.

Defendant's Statement

Allstate is not seeking any relief.

**11.  Settlement and ADR:**

This matter is scheduled for early neutral evaluation on March 21, 2008, before Martin Quinn, Esq. of JAMS.

**12.  Consent to Magistrate:**

The parties filed notice of their consent to a Magistrate Judge on January 25, 2008.

**13.  Other References:**

The parties do not believe any other reference is necessary at this time.

**14.  Narrowing of Issues:**

The parties believe it is premature to narrow the issues through stipulation at this time. However, as discovery progresses, the parties will re-evaluate this issue.

Case No. C 07-5300 EMC                          -3-

JCMCS

FEB-15-2008 11:51A FROM:HCSS          14157780700        TO:19259492610          P.5

15. **Scheduling:**

The parties do not believe this case should be handled on an expedited basis. The parties propose the following schedule for discovery, motions and trial:

| | |
|---|---|
| Exchange of Initial Disclosures: | Completed |
| FRCP 26(a)(2) expert disclosures: | December 12, 2008 |
| FRCP 26(a)(2) rebuttal disclosures: | December 24, 2008 |
| Non-expert discovery cut-off: | December 24, 2008 |
| Expert Discovery cut-off: | January 23, 2009 |
| Dispositive pre-trial motion filing cut-off: | February 6, 2009 |
| Dispositive pre-trial motion hearing cut-off: | March 13, 2009 |
| Pretrial conference statements: | March 24, 2009 |
| Pretrial conference: | April 13, 2009 |

16. **Trial:**

The parties request a trial date of May 18, 2009.

17. **Disclosure of Non-Party Interested Entities or Persons:**

Allstate Insurance Company is not aware of any interested parties required to be disclosed pursuant to Northern District Local Rule 3-16.

Dated: February 15, 2008

HEDANI, CHOY, SPALDING & SALVAGIONE

By _____
RANDALL P. CHOY
ANNIE O'DONNELL

Attorneys for Plaintiffs
DONALD & BETTY SING

PAGE 5/6 * RCVD AT 2/15/2008 2:06:16 PM [Central Standard Time] * SVR:CHI2KRF01/4 * DNIS:4777 * CSID:14157780700 * DURATION (mm-ss):02-40

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 NORTH CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CA 94596-7342
(925) 949-2610

| | |
|---|---|
| Dated: February 19, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP |

By_____*/s/ MICHELLE TRUDELLE*_____
CYNTHIA MELLEMA
MICHELLE TRUDELLE

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

## **[PROPOSED] CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

In addition, the Court orders:

Dated: _____                    _____
                                                                    Hon. Edward M. Chen

Case No. C 07-5300 EMC                              -5-

JCMCS