**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:** February 27, 2008

**Case No:** C07-5300 EMC   **FTR Time:** 2:02-2:19 p.m.

**Case Name:** Donald Sing, et al. v. Allstate Insurance

**Attorneys:**   Randall Choy for Plaintiffs
Cynthia Mellema for Defendant

**Deputy Clerk:**   Betty Fong

**PROCEEDINGS:**

- CASE MANAGEMENT CONFERENCE (Held)

**ORDERED AFTER HEARING:**

This case has already been referred to the Alternative Dispute Resolution Program for ENE. ENE set for 3/21/08 before Martin Quinn. 5-day court trial set for May 18, 2009 at 8:30 a.m. Court to issue other deadlines in the case management conference order. Plaintiffs informed court that they will file proper motion for jury demand, if necessary.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x] Court

**Case continued to:** 4/23/08 at 2:30 p.m. Status Conference. An updated joint status conference statement shall be filed by 4/16/08.

cc: EMC