# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Sing,<br><br>        Plaintiff(s),<br><br>   v.<br><br>Allstate Insurance Company,<br><br>        Defendant(s). | No. C 07-05300 JSW ENE<br><br>**Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☑ ENE session on (date) __3/21/08__

2. Did the case settle?    ☑ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☑ YES    ☐ NO

   Dated: __3/21/08__    _____
                                                    Evaluator, Martin Quinn
                                                    JAMS
                                                    Two Embarcadero Center, Suite 1500
                                                    San Francisco, CA 94111