APR-14-2008 12:18P FROM:HCSS        14157780700        TO:19259492610        P.2

CYNTHIA L. MELLEMA (State Bar No. 122798)
MICHELLE A. BRADLEY (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SING, BETTY SING and DOES 1 through 100,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | No. CV07-05300 EMC<br><br>STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that this Action should be DISMISSED WITH PREJUDICE in its entirety, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: April 14, 2008

RESPECTFULLY SUBMITTED,

HEDANI, CHOY, SPALDING & SALVAGIONE, LLP

By _____
    RANDALL P. CHOY

Attorneys for Plaintiffs
DONALD SING AND BETTY SING

Case No. CV07-05300 EMC        1        REQUEST FOR DISMISSAL WITH PREJUDICE

| | |
|---|---|
| Dated: April 16, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP |

By  /s/ *MICHELLE BRADLEY*
CYNTHIA MELLEMA
MICHELLE BRADLEY

Attorneys For Defendant
ALLSTATE INSURANCE COMPANY

[PROPOSED] ORDER

IT IS SO ORDERED.

Date: April 16, 2008

Hon. Edward M. Chen



IT IS SO ORDERED
Judge Edward M. Chen