CYNTHIA L. MELLEMA (State Bar No. 122798)
MICHELLE A. BRADLEY (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SING, BETTY SING and DOES 1 through 100,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | No. CV07-05300 EMC<br><br>STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that this Action should be DISMISSED WITH PREJUDICE in its entirety, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED,

Dated: April 14, 2008

HEDANI, CHOY, SPALDING & SALVAGIONE, LLP

By_____
       RANDALL P. CHOY

Attorneys for Plaintiffs
DONALD SING AND BETTY SING

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

Case No. CV07-05300 EMC                                1          REQUEST FOR DISMISSAL WITH PREJUDICE

Dated: April 16, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP


By_____ /s/ *MICHELLE BRADLEY*_____
            CYNTHIA MELLEMA
            MICHELLE BRADLEY

Attorneys For Defendant
ALLSTATE INSURANCE COMPANY


[PROPOSED] ORDER

IT IS SO ORDERED.


Date:_____ April 16, 2008 ____



IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600